# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTEN ERIKA JOHNSON**,<br>11720 Belstville Drive<br>8th Floor 800-A8<br>Beltsville, MD 20705<br><br>        Plaintiff,<br><br>v.<br><br>**CAPITAL ONE BANK (USA) N.A.**,<br>1680 Capital One Drive<br>McLean, VA 22102<br><br>and<br><br>**CAPITAL ONE FINANCIAL CORPORATION**,<br>1680 Capital One Drive<br>McLean, VA 22102<br><br>        Defendants. | Civil Action No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1442, and 1446, Defendants Capital One Bank (USA) N.A. and Capital One Financial Corporation (collectively, "Capital One"), by counsel, hereby remove this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia and state as follows for its Notice of Removal. Removal is proper because this Court has subject matter jurisdiction over this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331 and diversity jurisdiction pursuant to 28 U.S.C. § 1332. Accordingly, Capital One removes this action and in support of its Notice of Removal states the following:

## INTRODUCTION

1. On or about October 21, 2021, Plaintiff Christen Erika Johnson ("Johnson"),

initiated this civil action by filing a complaint (the "Complaint") in the Superior Court of the District of Columbia ("Superior Court"), styled *Christen Erika Johnson v. Capital One Bank (USA) N.A. and Capital One Financial Corporation*, Case No. 2021 CA 003842 B, in which Capital One are defendants. A copy of the Complaint, Summons, Notice and Acknowledgement of Service form, and Application to Proceed Without Prepayment of Costs, Fees, or Security, are attached hereto as **Exhibit A**. On December 2, 2021, Plaintiff what the Superior Court docketed as an Amended Complaint. A copy of the Amended Complaint is attached hereto as **Exhibit B**. On January 4, 2022, the Superior Court issued Summons. A copy of the Summons is attached hereto as **Exhibit C**. As of the date of this filing, no other documents have been filed with the Superior Court.

2. This Notice of Removal is being filed within one (1) year of the date of commencement of the action for removal purposes.

3. Capital One has not been properly served with the Complaint or Amended Complaint.[1]

4. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

5. In both her original Complaint and Amended Complaint, Plaintiff asserts that Capital One violated various federal statutes, including asserting claims of fraud and conspiracy, pursuant to 18 U.S. Code § 1028 (fraud and false claims); 18 U.S. Code § 1905 (disclosure of confidential information); 18 U.S. Code § 1344 (bank fraud); and 18 U.S. Code § 241 (conspiracy against rights).

6. Capital One denies the allegations in the Complaint and Amended Complaint,

---

[1] On or about January 18, 2022, Capital One Bank (USA) N.A. and Capital One Financial Corp. received a single Notice and Acknowledgment of Service and enclosures dated January 10, 2022.

denies that Plaintiff has stated a claim for which relief can be granted, and denies that Plaintiff has been damaged in any manner whatsoever.  Nevertheless, assuming for jurisdictional purposes that Plaintiff's claims are valid, Plaintiff could have originally filed the Complaint in this Court under federal question jurisdiction because she asserts claims pursuant the Codes previously stated.  Removal of this case is therefore proper under 28 U.S.C. §§ 1331 and 1441.

## GROUNDS FOR REMOVAL

**I.     Federal Question**

7.     This case is removable pursuant to the Court's federal question jurisdiction.  Under 28 U.S.C. § 1331, "[d]istrict courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."

8.     Plaintiff's Complaint and Amended Complaint allege violations of various federal statutes, including a violation of 18 U.S. Code § 1028 (fraud and false claims); 18 U.S. Code § 1905 (disclosure of confidential information); 18 U.S. Code § 1344 (bank fraud); and 18 U.S. Code § 241 (conspiracy against rights).

9.     This Court has original jurisdiction over the present lawsuit pursuant to 28 U.S.C. § 1331 because Plaintiff alleges Capital One violated the laws of the United States.

10.    To the extent that Plaintiff also asserts claims purporting to arise under the common law of the District of Columbia, these claims are so related to Plaintiff's federal claims, which are within the original jurisdiction of this Court, that they form part of the same case or controversy.  Accordingly, the Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367(a).

11.    Capital One denies the allegations in the Complaint, denies that Plaintiff has stated a claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner.

Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, she could have originally filed her Complaint in this Court under federal question jurisdiction because resolution of Plaintiff's claims will require determination of significant, disputed issues under federal law.

## II.     Diversity of Citizenship

12. Upon information and belief, Plaintiff is a citizen of the State of Maryland.

13. Defendant Capital One Bank (USA) N.A. is a national banking association with its main office in Virginia. and Capital One Financial Corporation is a Delaware corporation with its principal place of business in Virginia.

14. In both the Complaint and Amended Complaint, Plaintiff seeks damages in excess of $75,000.00, exclusive of interest and costs. See 28 U.S.C. §1332(a).

15. Accordingly, because complete diversity exists and the amount in controversy requirement is satisfied, the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and removal is proper.

## VENUE

16. Venue is proper in this Court because this district and division encompass the Superior Court for the District of Columbia, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

## NOTICE

17. Pursuant to 28 U.S.C. § 1446(d), and concurrent with filing this Notice of Removal, Capital One will file a Notice of Filing of Notice of Removal with the Clerk of the Superior Court for the District of Columbia and will attach a copy of this Notice of Removal thereto. A copy of the Notice of Filing of Notice of Removal, without Exhibit 1, is attached hereto as **Exhibit D**.

18. This Notice of Removal is being served on all adverse parties as required by 28

U.S.C. § 1446(d).

19.     If any questions arise as to the proprietary of the removal of this action, Capital One requests the opportunity to present a brief and argument in support of its position that this case is removable.

WHEREFORE, Defendants Capital One Bank (USA) N.A. and Capital One Financial Corporation hereby remove this action to this Court and seek all other relief this Court deems equitable and just.

Dated: February 9, 2022                    Respectfully submitted,

/s/ S. Mohsin Reza
S. Mohsin Reza, Esq.
D.C. Bar No. 985270
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone:  202-274-1927
Facsimile:  703-448-6510
E-Mail:  mohsin.reza@troutman.com

*Counsel for Defendants*
  *Capital One Bank (USA) N.A., and*
  *Capital One Financial Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that February 9, 2022, I served a copy of the foregoing Notice of Removal by e-mail and Federal Express on:

**Plaintiff** *Pro Se*
Christen Erika Johnson
The Christen Group, Inc.
11720 Beltsville Drive, 8th Floor 800-A8
Beltsville, Maryland 20705
E-Mail: support@mychristen.com
Telephone: (202) 253-208
Facsimile: (2020 800-9736

/s/ S. Mohsin Reza
S. Mohsin Reza, Esq.
D.C. Bar No. 985270
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone:  202-274-1927
Facsimile:  703-448-6510
E-Mail:  mohsin.reza@troutman.com

*Counsel for Defendants*
  *Capital One Bank (USA) N.A., and*
  *Capital One Financial Corporation*