# EXHIBIT A



**Superior Court of the District of Columbia**
CIVIL DIVISION -- Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. _____

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| Christen Erika Johnson | vs | Capital One Bank (USA) N.A., Capital One Financial Corp. |
|---|---|---|
| PLAINTIFF | | DEFENDANT |
| PO Box 402 | | 1680 Capital One Drive |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Lothian  MD  20711 | | McLean  VA  22102-3491 |
| City  State  Zip Code | | City  State  Zip Code |
| 202-253-2081 | | |
| Telephone Number | | Telephone Number |
| support@mychristen.com | | |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   Capital One has misappropriated, misplaced or wrongfully disbursed over $42,000 USD of SSI benefits deposited to a Capital One Bank account from the years 2010 to 2015. I bring complaint against Capital One Bank N.A. under 18 U.S. Code § 1028 and under 18 U.S. Code § 1905 and under 18 U.S. Code § 1344 and under 18 U.S. Code § 241.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am requesting the return of $42,000 in addition to $42,000 in pecuniary damages for a total sum of $ 84,000 USD

3. State any other information, of which the Court should be aware:

The account is still open.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_
SIGNATURE

2 October 2021
DATE

Subscribed and sworn to before me this ___2nd___ day of __October__ 20 _21_.

_[signature]_
(Notary Public/Deputy Clerk)

_[signature]_
21 October 2021

2



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010    www.dccourts.gov

| Case Caption | Case Number |
|---|---|
| VS CAPITAL ONE BANK (USA) N.A. CAPITAL ONE FINANCIAL CORP. | |

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY**
(Form 106A *In Forma Pauperis*)

I, CHRISTEN ERIKA JOHNSON am the

- ☒ Plaintiff/Petitioner
- ☐ Defendant/Respondent
- ☐ Guardian

- ☒ Movant
- ☐ Intervenor/Proposed Intervenor
- ☒ Other: ATTORNEY

I respectfully ask that I not be required to prepay court fees in this case. I cannot do so without substantial financial hardship to me or my family for the following reason(s):

### INCOME

1. I receive the following public benefits:
   - ☐ Temporary Assistance for Needy Families (TANF)
   - ☐ General Assistance for Children (GAC)
   - ☐ Program on Work, Employment and Responsibility (POWER)
   - ☒ Supplemental Security Income (SSI)

*If you checked any of the boxes in question 1, you do not need to answer any more questions and may skip to the "Declaration" on page 3. Otherwise, go to the next question.*

---

**For Clerk's Use Only**

This Application has been reviewed and approved by:

| Signature | Printed Name | Date |
|---|---|---|
| | | |

Super. Ct. Civ. R. 54-II; Super. Ct. Dom. Rel. 54-II;
D.C. Code § 15-712.    Page 1 of 4

DCSC106A 09-2019



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010   www.dccourts.gov

2. I receive the following benefits:
   ☐ Interim Disability Assistance
   ☐ Medicaid or DC Healthcare Alliance

*If you checked any of the boxes in question 2, you do not need to answer any more questions and may skip to the 'Declaration' on page 3. Otherwise, you must answer the rest of the questions on this form. If additional information concerning questions 2-8 is required, you will be notified.*

3. My total income over the past 12 months from all sources is $ _____.

4. I am presently
   ☐ employed.
   ☐ unemployed. The last date I worked was _____, _____.
                                                                             Month         Year

## DEPENDENTS

5. How many people depend on you for financial support? _____.
   Of these people, how many are minor children or elderly? _____.

## ASSETS

6. I have $ _____ in cash, including money in bank accounts.
   I own the following vehicles, real estate, or other valuable property: _____
   _____
   _____

## EXPENSES

7. This is my best estimate of the monthly expenses for me and the people who depend on me for financial support:

| | |
|---|---|
| Housing (such as rent, mortgage, taxes, insurance): | |
| Utilities (such as gas, electric, water, phone, internet): | |
| Food and household necessities: | |
| Child-related expenses (such as childcare, diapers): | |
| Health (such as medical, prescriptions, dental, vision, insurance): | |
| Transportation (such as vehicle loan, gas, insurance, metro, buses): | |
| Other debt and expenses: | |
| **Total Estimated Monthly Expenses:** | |



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010   www.dccourts.gov

## OTHER CIRCUMSTANCES

8. Explain any special circumstances that you want the judge to consider in support of your request, including any child support orders, large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

_____
_____
_____
_____

## DECLARATION

I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information, and belief.

_[Signature]_
Signature

_21 October 2021_

__PO BOX 402__
Address Line 1

__LOTHIAN MD 20711__
Address Line 2

__202-253-2081__
Phone Number

__2 October 2021__
Date

## POINTS AND AUTHORITIES

1. D.C. Code § 15-712.
2. D.C. Code § 22-2405.
3. Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4. *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5. *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied*, 400 U.S. 826 (1970) ("*in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6. *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7. *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam)(reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010   www.dccourts.gov

| Case Caption | Case Number |
|---|---|
|  |  |

## ORDER

Upon consideration of the Application to Proceed Without Prepayment of Costs, Fees, or Security filed by _____, it is hereby ordered that the Application is:

☐ **GRANTED** in this Family Court case, and, pursuant to Domestic Relations Rule 54-II(i), witnesses will be subpoenaed without prepayment of witness fees.

☐ **GRANTED** in this Civil Division case, and pursuant to Civil Rule 54-II(i), the clerk will attempt to serve by mail the materials listed in Civil Rule 4(c)(1). Plaintiff/Petitioner is responsible for service and proof of service if the clerk's efforts are unsuccessful.

☐ **GRANTED** in this Probate Division case.

☐ **GRANTED** in this Tax Division case.

☐ **GRANTED** in this Criminal Division case.

☐ **GRANTED** _____

_____

☐ **DENIED**, for the reasons stated on the record in open court and in the presence of the applicant or applicant's counsel.

☐ **DENIED**, for the following reasons:

_____
_____
_____
_____

_____          _____
Date                                             Judge

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CHRISTEN JOHNSON _____ Case Number: _____

vs                              Date: OCTOBER 2021

CAPITAL ONE BANK (USA) N.A.    ☐ One of the defendants is being sued
CAPITAL ONE FINANCIAL CORP.        in their official capacity.

Name: (Please Print)                               Relationship to Lawsuit
CHRISTEN ERIKA JOHNSON
Firm Name:                                         ☒ Attorney for Plaintiff
THE CHRISTEN GROUP, INC.                           ☐ Self (Pro Se)
Telephone No.:        Six digit Unified Bar No.:   ☐ Other: _____
202-253-2081          974185

TYPE OF CASE: ☒ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 84,000 USD            Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar #: _____

## NATURE OF SUIT: (Check One Box Only)

### A. CONTRACTS

COLLECTION CASES

- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 07 Personal Property
- ☐ 13 Employment Discrimination
- ☐ 15 Special Education Fees
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 17 OVER $25,000 Pltf. Grants Consent
- ☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 16 Under $25,000 Consent Denied
- ☐ 18 OVER $25,000 Consent Denied
- ☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
- ☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

### B. PROPERTY TORTS

- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 27-102 (a)
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass

### C. PERSONAL TORTS

- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile- Personal Injury
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☒ 08 Fraud
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical (Including Wrongful Death)
- ☐ 16 Negligence- (Not Automobile, Not Malpractice)
- ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
- ☐ 18 Wrongful Death (Not Malpractice)
- ☐ 19 Wrongful Eviction
- ☐ 20 Friendly Suit
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts
- ☐ 23 Tobacco
- ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

21 OCTOBER 2021
Date

# SUPERIOR COURT
## for the

District of Columbia

| | |
|---|---|
| Christen Erika Johnson | |
| Plaintiff | Case No. |
| Capital One Bank (USA) N.A., Capital One Financial Corp. | |
| Defendant | |

**COMPLAINT AND MOTION FOR JUDGMENT**

18 U.S.C. § 1028 Fraud and related activity in connection with identification documents, authentication features, and information

18 U.S.C. § 1905 disclosure of confidential information generally

18 U.S.C. § 241 Conspiracy against rights

1. Plaintiff, Christen Erika Johnson of 16122 McConnell Drive Upper Marlboro Maryland Prince, George's County brings complaint against Capital One Bank (USA) N.A., Capital One Financial Corp. of 1680 Capital One Drive McLean Virginia under 18 U.S.C. § 1028 Fraud and related activity in connection with identification

Page 1 of 8

documents, authentication features, and information, and under 18 U.S.C. § 1905 Disclosure of Confidential Information, generally and under 18 U.S.C. § 241 Conspiracy against rights.

2.     From the year 2010 to the year 2015, the Defendant has misplaced, misappropriated or wrongfully disbursed over $42,000 USD of SSI benefits deposited to a Capital One account in the Plaintiff's name, disclosing the information about the account and relaying false information to the named beneficiary and representative payee.

3.     Plaintiff brings action against the Defendant under 18 U.S.C. § 1028 Fraud and related activity in connection with identification documents, authentication features, and information[1] and 18 U.S.C. § 1905 disclosure of confidential information generally[2]. The

---

[1] "18 USC 1028: Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information." *OLRC Home*, https://uscode.house.gov/view.xhtml?req=(title:18%20section:1028%20edition:prelim)%20OR%20(granuleid:USC-prelim-title18-section1028)&f=treesort&edition=prelim&num=0&jumpTo=true. Accessed 21 Oct. 2021.

[2] "18 USC 1905: Disclosure of Confidential Information Generally." *OLRC Home*, https://uscode.house.gov/view.xhtml?req=(title:18%20section:1905%20edition:prelim)%20OR%20(granuleid

Page 2 of 8

Defendant routinely verified identification of person(s) not named on the account, disclosed the account balance and source of income to be social security or social security disability then permitted withdrawal of funds from the covered account by person(s) who were not named.

4. Each month, the Social Security Administration made two (2) separate deposits which totalled a minimum seven hundred dollars ($700 USD). This occurred from the year 2010 to the year 2015 for a total sum of misappropriated or misplaced SSI and SSDI of forty two thousand dollars ($42,000 USD).

5. During this time, the Plaintiff was approved for a line of credit with the Defendant. Payments towards the debt were scheduled to be withdrawn from the account in which the Social Security Administration made deposits each month.

6. Although there is record of the deposits with the Social Security

---

d:USC-prelim-title18-section1905)&f=treesort&edition=prelim&num=0&jumpTo=true. Accessed 21 Oct. 2021.

Administration, payments from the Capital One account were never completed.

7. Upon inquiry by the Plaintiff and the named representative payee, the Defendant often insisted that the account had either been closed due to low balance or was insufficient of funds to make the present payment.

8. The Defendant withheld information about the account from the named beneficiary and representative payee, falsely relaying that the account did not exist. There is a record of the bi-monthly deposits to the covered account at Capital One with the Social Security Administration.

9. Eventually, the Plaintiff was forced to default on the line of credit. The default was reported to the major credit bureaus to the detriment of the Plaintiff.

10.     In violation of 18 U.S. Code § 1028 Fraud and related activity in connection with identification documents, authentication features, and information, the Defendant used a form of identification provided to falsely validate the identity of an unauthorized person(s) and allowed them to withdraw money from an account in which they were not named.

11.     The Defendant demonstrated a pattern of allowing person(s) not named to withdraw funds from the account.  Under 18 U.S. Code § 1344 Whoever knowingly executes, or attempts to execute, a scheme or artifice: (1) to defraud a financial institution; or (2) to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.[3]

12.     Under 18 U.S. Code § 241 conspiracy against rights it is

---

[3] "[USC02] 18 USC 1344: Bank Fraud." *OLRC Home*, https://uscode.house.gov/view.xhtml?req=(title:18%20section:1344%20edition:prelim)%20OR%20(granuleid:USC-prelim-title18-section1344)&f=treesort&edition=prelim&num=0&jumpTo=true. Accessed 21 Oct. 2021.

unlawful to collude to deprive people or groups of people of liberties secured by the constitution.[4] The Plaintiff, being a natural born citizen of the United States of America, has a right to non-disclosure of confidential information and the right to be free from oppression.

13. Further, it is not in the Defendant's scope of service or obligation to verify customer or consumer health nor ethics nor appropriate social security funds. By 18 U.S. Code § 1905, disclosure of the source of income on a covered account by an employee of a private and federally regulated financial institution is not only unlawful but an invasion of privacy.

14. By 49 CFR § 801.56 Unwarranted invasion of personal privacy[5], pursuant to 5 U.S.C. 552(b)(6), any personal, medical, or similar file is exempt from public disclosure if its disclosure would

---

[4] "18 USC 241: Conspiracy against Rights." *OLRC Home*, https://uscode.house.gov/view.xhtml?req=(title:18%20section:241%20edition:prelim)%20OR%20(granuleid:USC-prelim-title18-section241)&f=treesort&edition=prelim&num=0&jumpTo=true. Accessed 21 Oct. 2021.

[5] "49 CFR § 801.56 - Unwarranted Invasion of Personal Privacy. | CFR | US Law | LII / Legal Information Institute." *LII / Legal Information Institute*, https://www.law.cornell.edu/cfr/text/49/801.56. Accessed 21 Oct. 2021.

harm the individual concerned or would be a clearly unwarranted invasion of the person's personal privacy.[6]

15. Additionally, the Gramm Leach Bliley Act prohibits financial institutions from disclosing information pertaining to covered accounts without informing their customers. Not only are Financial institutions required to inform customers of their policies on sharing personal but to also give those customers the option to limit the sharing of their information.

16. The Plaintiff is demanding the Defendant return the $42,000 USD of misplaced SSI and SSDI to the Plaintiff in addition to paying $42,000 USD to the Plaintiff in order to resolve/economic injury as a result of not having the money at the time of its deposit into the covered account.

---

[6] "[USC02] 5 USC 552: Public Information; Agency Rules, Opinions, Orders, Records, and Proceedings." *OLRC Home*, https://uscode.house.gov/view.xhtml?req=(title:5%20section:552%20edition:prelim)%20OR%20(granuleid:USC-prelim-title5-section552)&f=treesort&edition=prelim&num=0&jumpTo=true. Accessed 21 Oct. 2021.

17. I move the court to enter judgment ordering the Defendant return $42,000 USD to the plaintiff and to pay an additional $42,000 USD to resolve pecuniary injury resulting from not being able to access the funds for a total judgment sum of $84,000 USD.

October 21, 2021 | 5:14:39 PM EDT

DocuSigned by:

*Christen Joh*

3F7D2DEE1E4E4B0...

/s/Christen Erika Johnson

Christen Erika Johnson

The Christen Group, Inc.

11720 Beltsville Drive

8th Floor 800-A8

Beltsville MD 20705

Support@myChristen.com

202-253-2081

202-800-9736(fax)