File Number __
Christen Erika Johnson DC Bar# 974185 Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CHRISTEN ERIKA JOHNSON
16122 McConnell Drive
Upper Marlboro MD 20772

Plaintiff

v

CAPITAL ONE BANK (USA) N.A.,
CAPITAL ONE FINANCIAL CORP.
1680 Capital One Drive
McLean VA 22102

Defendant(s)

Case No.   1: 22-cv-00363-DLF

**PRAECIPE TO ENTER CORRECT CASE INFORMATION; NATURE OF SUIT, CAUSE FOR ACTION, DEMAND**

1. I, Christen Erika Johnson, hereby enter correct information for the nature of the suit, the cause and the demand.

2. I hereby enter the nature of the suit to be **410 Antitrust**.

3. I hereby enter cause for action under **15 U.S. Code § 15**.

4. I hereby enter a demand of **$1,764,000.00**.

/s/Christen Erika Johnson

Christen Erika Johnson (DC Bar #974185)

The Christen Group, Inc.

11720 Beltsville Drive 800-A8

8th Floor 800-A8

File Number __
Christen Erika Johnson DC Bar# 974185 Attorney for Plaintiff

Beltsville MD 20705

Support@myChristen.com

202-253-2081

202-800-9736(fax)

Mailing Address

℅ C. Erika Johnson

P.O. Box 402

Lothian, MD 20711

℅ Christen Erika Johnson

16122 McConnell Drive

Upper Marlboro MD 20772

DocuSigned by:
*[signature: Christen Johnson]*
3F7D2DEE1E4E4B0...

February 23, 2022 | 5:18:43 PM EST