# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHRISTEN ERIKA JOHNSON,

       *Plaintiff*,

v.

CAPITAL ONE BANK (USA) N.A., *et al.*,

       *Defendants.*

No. 22-cv-363 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's Motion for Recusal, Dkt. 76, is **DENIED**. It is further

**ORDERED** that the plaintiff's Motion to Compel, Dkt. 79, is **DENIED**. It is further

**ORDERED** that the defendants' Motion for Summary Judgment, Dkt. 69, is **GRANTED**. Judgment is **ENTERED** in favor of the defendants against the plaintiff on the plaintiff's claim against the defendants under 15 U.S.C. § 1693d(c).

The Clerk of Court is directed to close the case.

**SO ORDERED.**

February 5, 2024

DABNEY L. FRIEDRICH
United States District Judge